IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00519-DDD-NRN

RUSLAN SALIKHOV,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland
Security;
JUAN BALTAZAR, Warden, Denver Contract Detention Facility;
GEORGE VALDEZ, Denver Field Office Director, U.S. Immigration
and Customs Enforcement,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 16] of Chief Judge Daniel D. Domenico

entered on June 26, 2026, it is

ORDERED that the Petition for a Writ of Habeas Corpus [Docket No. 1] is

DENIED AS MOOT.  It is further

ORDERED that the case is closed.


Dated at Denver, Colorado this 26TH day of June 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ Román Villa
        Deputy Clerk